STATE BOARD OF MEDICAL EXAMINERS, APPELLANT, v. HAL A. CURTIS, RESPONDENT.

Argued November 19, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 94 *N. J. L.* 324.

For the appellant, *Thomas F. McCran.*

For the respondent, *Howard A. Reynolds.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*— THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ. 12.

*For reversal*—None.